No. 443            June 26, 2024            499

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

AARON BRANDER CLUNES,
*Defendant-Appellant.*

Columbia County Circuit Court
22CR08805; A181211

Denise E. Keppinger, Judge.

Submitted May 13, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Office of Public Defense Services filed the brief for appellant. Section B of the brief was prepared by appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Adam Holbrook, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant pleaded guilty to one count of felon in possession of a firearm with a firearm, ORS 161.610, ORS 166.270(1), and one count of felon in possession of a firearm, ORS 166.270(1). The trial court sentenced defendant to 90 months in prison. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief contains a Section B, in which defendant argues that there was a violation of his speedy trial rights, he challenges the accuracy of the trial court transcripts, and he argues that he was not timely arraigned. The state filed an answering brief responding to those arguments. Reviewing under ORAP 5.90(3) for "arguably meritorious issues," we affirm.[1]

Having reviewed the record, including the trial court file and the transcript of the hearings, and having reviewed the *Balfour* brief, including defendant's arguments in Section B of the brief and the state's response to those arguments, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1]    As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).